## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 11 |
| MORAVIAN ASSOCIATES, LP | : |
| DEBTOR | : BANKRUPTCY NO. 09-14938 SR |
| MORAVIAN AT INDEPENDENCE SQUARE CONDOMINIUM ASSOCIATION | : |
| PLAINTIFF | : |
| VS. | : |
| MORAVIAN ASSOCIATES, LP | : |
| DEFENDANT | : ADV. NO. 10-0005 |

## ORDER

**AND NOW,** upon consideration of the Debtor's Motion to Dismiss the Plaintiff's Second Amended Complaint, the Plaintiff's Response thereto, after hearing held, and for the reasons set forth in the attached Opinion, it is hereby

**ORDERED** that the Second Amended Complaint is dismissed without prejudice.

By the Court:

Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: May 26, 2010

Counsel for Debtor

James A. Matour, Esquire
One Logan Square, 27th Floor
Philadelphia, PA 19103

Counsel for Plaintiff

Ashley A. Federer, Esquire
DEEB, PETRAKIS, BLUM & MURPHY, P.C.
1601 Market Street, Suite 2600
Philadelphia, PA 19103

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106

Nancy Mulvehill, Courtroom Deputy to Judge Raslavich